Frank F. Noleman, June C. Smith and Andrew J. Dallstream, for appellants. James H. Smith, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Mahala D. Champe, appellee, v. City of Alton, appellant.**

Action for personal injuries received by stepping into an excavation in one of the streets of defendant city. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

William Wilson, for appellant. Terry, Gueltig & Powell, Glen Mohler and Curlee & Hay, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Peerless Pattern Company, appellant, v. J. H. Nyberg and John W. Coker, trading as Nyberg & Coker, appellees.**

Action upon a contract to sell dress patterns. Judgment for appellant for less than the amount of its claim. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

K. C. Ronalds, for appellant. Lewis & Lewis, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

---

**Mathew King, plaintiff in error, v. Chicago & Alton Railroad Company and John Barton Payne, director general of railroads, defendants in error.**

Action for personal injuries received by plaintiff when struck by one of defendants' trains at a crossing. Verdict directed for defendants. Error to the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922.

R. F. Tunnell, Jr., for plaintiff in error. C. E. Pope, for defendants in error; Silas H. Strawn, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

**Susan P. Lemen, by Gladys L. Lemen, defendant in error, v. John Barton Payne, director general of railroads operating Chicago & Alton Railroad Company, plaintiff in error.**

Action for personal injuries received by plaintiff when an automobile in which she was riding collided with defendant's train at a street crossing. Judgment for plaintiff. Error to the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed September 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

C. E. Pope, for plaintiff in error; Silas H. Strawn, of counsel. William P. Boynton, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

**Mike Mukeloff et al., appellants, v. Wilson Mukeloff and Sam A. Novian, appellees.**

Action of forcible entry and detainer of farm land. Judgment for possession in favor of plaintiffs. Appeal from the Circuit Court of